UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:02-CR-0316-SNL |
| ) | |
| ) | |
| EDMOND H. KINGHORN, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter is before the court to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case on April 2, 2004. Upon further review of the restitution ordered in this matter, the Court has determined that David C. Hopkins (4:02-CR-0279-DJS), Shawn Hopkins (4:02-CR-0279-DJS), Robert C. Schulte (4:03-CR-0707-ERW), Darin Diana (4:01-CR-0001-JCH), Lajuana Hinch (4:01-CR-0002-CEJ), Richard Avetta (4:02-CR-0463-JCH) and Charles R. Hamilton (4:03-CR-0707-ERW) shall be jointly and severally liable with defendant Edmond Kinghorn for the restitution ordered in the judgment dated April 2, 2004.

Dated this 9th day of August, 2005.

_Stephen N. Limbaugh_

**SENIOR UNITED STATES DISTRICT JUDGE**